IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SHRIEVES, | : | |
|    Petitioner, | : | |
| | : | |
|          v. | : | CIVIL ACTION 18-CV-4254 |
| | : | |
| PENNA BOARD OF PROBATION | : | |
| AND PAROLE, *et al.,* | : | |
|    Respondents. | : | |

## ORDER

**AND NOW**, this 17th day of July, 2019, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The motion for appointment of counsel is **DENIED**;

3. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

                                     **BY THE COURT:**

                                     **/s/ Jeffrey L. Schmehl**
                                     JEFFREY L. SCHMEHL, J.